

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hiepduc To

**Plaintiff,**

V.

Andrew Saul, Commissioner of Social
Security

**Defendant.**

Civil Action No.  19-cv-01541-RBM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

(1) Plaintiffs Merits Brief is DENIED; (2) Defendant's Cross-MSJ is GRANTED; and (3) the ALJ's
decision is AFFIRMED.

**Date:**      9/14/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy